IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANLEY V. RANSOM, III**                                                                            **PLAINTIFF**
**ADC #152776**

v.                 **CASE NO. 5:19-CV-00149 BSM**

**PARKER, et al.**                                                                                     **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Stanley Ransom's objections, the recommended disposition [Doc. No. 28] is adopted, defendants' motion for summary judgment [Doc. No. 25] is granted, and the complaint is dismissed without prejudice. Ransom's motion to amend his complaint [Doc. No. 30] is denied as moot. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of August 2019.

                                                                               _____
                                                                        UNITED STATES DISTRICT JUDGE