IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANLEY V. RANSOM, III**                                                           **PLAINTIFF**
**ADC #152776**

v.                  **CASE NO. 5:19-CV-00149 BSM**

**PARKER, et al.**                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of August 2019.

                                                                      /s/ Brian S. Miller
                                                   UNITED STATES DISTRICT JUDGE